UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:25-cv-08531-HDV-Ex                                    Date: June 18, 2026

Title    *Tony Roman et al v. Gavin Newsom et al*

Present: The Honorable:    Hernán D. Vera, United States District Judge

| Nicholas Huynh | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Heather Gibson | Liam O'Connor |

**Proceedings:  DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT [46]**

Having heard oral arguments on the motion, the Court takes the motion under submission.

Time: /12

**Initials of Preparer**   N.H.

CV-90 (03/15)                    Civil Minutes – General                    Page **1** of **1**