UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TONY ROMAN et al.,

              Plaintiffs,

      v.

GAVIN NEWSOM et al.,

              Defendants.

Case No. 2:25-cv-08531-HDV-E

**JUDGMENT**

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss [Dkt. 50], it is hereby **ORDERED AND ADJUDGED** that this action is dismissed with prejudice.

Dated: July 7, 2026

_____

Hernán D. Vera
United States District Judge

2